# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: Gayle Gill ) | |
| ) | Case No:  18 B 13495 |
| ) | Judge:    Goldgar |
| ) | Chapter   13 |
| Debtor ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Gayle Gill, 7414 S. Campbell Ave, Chicago, IL 60629
**Creditor:** PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020
**See Attached Service List**

PLEASE TAKE NOTICE that on February 5, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before January 14, 2019.


     /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-13495<br>Northern District of Illinois<br>Eastern Division<br>Mon Jan 14 12:56:36 CST 2019 | PENNYMAC LOAN SERVICES, LLC<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Atg Credit<br>1700 West Cortland Street<br>Suite 201<br>Chicago, IL 60622-1166 | Avant Credit, Inc<br>Attention Bankruptcy<br>Po Box 9183380<br>Chicago, IL 60691-3380 | CCI/Contract Callers Inc<br>Attn: Bankruptcy Dept<br>501 Greene St Ste 302<br>Augusta, GA 30901-4415 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | City of Chicago<br>Dept of Finance, Utility Billing<br>POB 6330<br>Chicago IL 60680-6330 | City of Chicago Department of Finance<br>Bureau of Utility Billing and<br>Customer Service<br>Post Office Box 6330<br>Chicago, Illinois - IL 60680-6330 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C<br>111 W. Jackson Ste.600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | Codilis & Associates, P.C.<br>Bankruptcy Department<br>15W030 North Frontage Rd., Ste. 100<br>Burr Ridge, IL 60527-6921 |
| Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Fay Servicing LLC<br>440 S La Salle St Ste 20<br>Chicago, IL 60605-5011 | FedLoan Servicing<br>Attention: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Legacy Loan LLC<br>3924 West Devon Ave. #200<br>Lincolnwood, IL 60712-1040 |
| Legacy Loan LLC<br>c/o Brian S Glass PC<br>PO Box 59440<br>Chicago, IL 60659-0440 | Linebarger Goggan Blair & Sampson<br>PO Box 06152<br>Chicago, IL 60606-0152 | Mci<br>Cas Dept<br>500 Technology Dr<br>Weldon springs, MO 63304-2225 |
| MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>Po Box 400<br>Dixon, MO 65459-0400 | Midland Funding, LLC<br>Midland Credit Management, Inc<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | National Credit Adjusters, LLC<br>327 W 4th Ave.<br>Po Box 3023<br>Hutchinson, KS 67504-3023 |
| Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | PennyMac Loan Services, LLC<br>PO Box 2010<br>Moorpark, CA 93020 | Pennymac Loan Services<br>Attn: Bankruptcy<br>Po Box 514387<br>Los Angeles, CA 90051-4387 |
| Peoples Gas<br>200 E Randolph St<br>Chicago IL 60601-6302 | Razor Capital, LLC<br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive Suite 350<br>Bloomington MN 55437-1118 | Receivables Mgmt Partn<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018-4521 |

| | | |
|---|---|---|
| Rise<br>Attn: Bankruptcy<br>Oi Box 101808<br>Fort Worth, TX 76185 | Sir Finance Corporation<br>6140 N. Lincoln Ave.<br>Chicago, IL 60659-2318 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | U.S. Employees Credit Union<br>230 S. Dearborn St<br>Suite 2962<br>Chicago, IL 60604-1697 | Us Employees Cr Un<br>230 S Dearborn St Ste 29<br>Chicago, IL 60604-1505 |
| Us Employees Credit Union<br>230 S Dearborn St Ste 29<br>Chicago, IL 60604-1505 | Wilmington Trust N.A.<br>Fay Servicing, LLC<br>Bankruptcy Department<br>3000 Kellway Dr., Ste 150<br>Carrollton, TX 75006-3357 | Zingo Cash<br>Po Box 5601<br>Vernon Hills, IL 60061-5601 |
| Zingo Cash Illinois, LLC<br>200 N Fairway Dr. #180<br>Vernon Hills, IL 60061-1861 | Gayle Gill<br>7414 S. Campbell Ave.<br>Chicago, IL 60629-1413 | Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wilmington Trust, National Association | (u)Wilmington Trust, National Association, no | End of Label Matrix<br>Mailable recipients    43<br>Bypassed recipients     2<br>Total                   45 |

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: Gayle Gill      )
                                            )  Case No:  18 B 13495
                                            )  Judge:    Goldgar
                                            )  Chapter   13
      Debtor                    )

## MOTION TO MODIFY PLAN

      Now comes Gayle Gill (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

      1.      On May 8th, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

      2.      This Honorable Court confirmed the Debtor's Chapter 13 plan on June 26, 2018.  The confirmed plan called for payments of $505.00 for 36 months, paying unsecured creditors 100% on their claims.

      3.      PennyMac Loan Services LLC filed a proof of claim on June 18th, 2018 to be paid $8,051.60 through Debtor's Chapter 13 plan for prepetition arrears. Debtor received a letter from Illinois Hardest Hit Program that she will receive Reinstatement Assistance through Illinois' Hardest Hit Fund for her mortgage arrears. (Please see Exhibit A). Debtor's attorney E-mailed a copy of the letter to PennyMac Loan Service's attorney on December 26th, 2018.

      4.      Debtor respectfully requests to remove the mortgage arrears owed to PennyMac Loan Services, LLC in the amount of $8,051.80 from Debtor's Chapter 13 plan.

5. Additionally, Debtor is on a fixed income. She has been struggling keeping up with her trustee plan payments and regular household expenses. Debtor's disposable income is now $375.00. (Please see Exhibit B for Debtor's I and J schedules).

6. If the Debtor's plan payment is reduced to $375.00 per month, the general unsecured creditors will still receive 100% on their claims.

7. Debtor respectfully requests to reduce her monthly plan payment to $375.00 per month.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Removing the prepetition arrears filed by PennyMac Loan Services, LLC
2. Decreasing the plan payment to $375.00 per month; and
3. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

　　/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001