UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   18-13495
Gayle Gill   )
)
)   Chapter:   13
)
)   Honorable A. Benjamin Goldgar
)
Debtor(s)   )

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Motion of the Debtor to Modify the Plan;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. That the ~~trustee will not pay the~~ arrears owed to PennyMac Loan Services, LLC ~~in the amount of $8,051.80 is removed~~. *ABG*
2. That the Debtor's current plan payment is decreased to $375.00 per month.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:   05 FEB 2019

**Prepared by:**
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606

Rev: 20170105_bko