**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Gayle Gill** ) | |
| ) | **Case No: 18 B 13495** |
| ) | **Judge: Goldgar** |
| ) | **Chapter 13** |
| **Debtor** ) | |

### NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Gayle Gill, 7414 S. Campbell Ave, Chicago, IL 60629
**See Attached Service List**

PLEASE TAKE NOTICE that on January 7, 2020 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before December 13, 2019.

_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

```
Label Matrix for local noticing          PENNYMAC LOAN SERVICES, LLC              U.S. Bankruptcy Court
0752-1                                   c/o Codilis & Associates, P.C.           Eastern Division
Case 18-13495                            15W030 North Frontage Road, Suite 100    219 S Dearborn
Northern District of Illinois            Burr Ridge, IL 60527-6921                7th Floor
Eastern Division                                                                  Chicago, IL 60604-1702
Mon Jan 14 12:56:36 CST 2019

Atg Credit                               Avant Credit, Inc                        CCI/Contract Callers Inc
1700 West Cortland Street                Attention Bankruptcy                     Attn: Bankruptcy Dept
Suite 201                                Po Box 9183380                           501 Greene St Ste 302
Chicago, IL 60622-1166                   Chicago, IL 60691-3380                   Augusta, GA 30901-4415


Capital One                              City of Chicago                          City of Chicago Department of Finance
Attn: Bankruptcy                         Dept of Finance, Utility Billing         Bureau of Utility Billing and
Po Box 30285                             POB 6330                                 Customer Service
Salt Lake City, UT 84130-0285            Chicago IL 60680-6330                    Post Office Box 6330
                                                                                  Chicago, Illinois - IL 60680-6330


City of Chicago Department of Finance    City of Chicago Parking                  Codilis & Associates, P.C.
c/o Arnold Scott Harris P.C              Dept of Revenue                          Bankruptcy Department
111 W. Jackson Ste.600                   PO Box 88292                             15W030 North Frontage Rd., Ste. 100
Chicago, IL 60604-3517                   Chicago, IL 60680-1292                   Burr Ridge, IL 60527-6921


Commonwealth Edison Company              Dept of Ed / Navient                     ERC/Enhanced Recovery Corp
Attn: Bankruptcy Department              Attn: Claims Dept                        Attn: Bankruptcy
1919 Swift Drive                         Po Box 9635                              8014 Bayberry Road
Oakbrook Terrace, IL 60523-1502          Wilkes Barr, PA 18773-9635               Jacksonville, FL 32256-7412


Fay Servicing LLC                        FedLoan Servicing                        Legacy Loan LLC
440 S La Salle St Ste 20                 Attention: Bankruptcy                    3924 West Devon Ave. #200
Chicago, IL 60605-5011                   Po Box 69184                             Lincolnwood, IL 60712-1040
                                         Harrisburg, PA 17106-9184


Legacy Loan LLC                          Linebarger Goggan Blair & Sampson        Mci
c/o Brian S Glass PC                     PO Box 06152                             Cas Dept
PO Box 59440                             Chicago, IL 60606-0152                   500 Technology Dr
Chicago, IL 60659-0440                                                            Weldon springs, MO 63304-2225


MidAmerica Bank & Trust Company          Midland Funding, LLC                     National Credit Adjusters, LLC
Attn: Bankruptcy                         Midland Credit Management, Inc           327 W 4th Ave.
Po Box 400                               as agent for Midland Funding, LLC        Po Box 3023
Dixon, MO 65459-0400                     PO Box 2011                              Hutchinson, KS 67504-3023
                                         Warren, MI 48090-2011


Navient                                  PennyMac Loan Services, LLC              Pennymac Loan Services
Attn: Bankruptcy                         PO Box 2010                              Attn: Bankruptcy
Po Box 9500                              Moorpark, CA 93020                       Po Box 514387
Wilkes-Barre, PA 18773-9500                                                       Los Angeles, CA 90051-4387


Peoples Gas                              Razor Capital, LLC                       Receivables Mgmt Partn
200 E Randolph St                        c/o Absolute Resolutions Corporation     2250 E Devon Ave Ste 352
Chicago IL 60601-6302                    8000 Norman Center Drive Suite 350       Des Plaines, IL 60018-4521
                                         Bloomington MN 55437-1118
```

Rise
Attn: Bankruptcy
Oi Box 101808
Fort Worth, TX 76185

Sir Finance Corporation
6140 N. Lincoln Ave.
Chicago, IL 60659-2318

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

U.S. Department of Housing and Urban Develop
451 7th Street S.W.
Washington, DC 20410-0002

U.S. Employees Credit Union
230 S. Dearborn St
Suite 2962
Chicago, IL 60604-1697

Us Employees Cr Un
230 S Dearborn St Ste 29
Chicago, IL 60604-1505

Us Employees Credit Union
230 S Dearborn St Ste 29
Chicago, IL 60604-1505

Wilmington Trust N.A.
Fay Servicing, LLC
Bankruptcy Department
3000 Kellway Dr., Ste 150
Carrollton, TX 75006-3357

Zingo Cash
Po Box 5601
Vernon Hills, IL 60061-5601

Zingo Cash Illinois, LLC
200 N Fairway Dr. #180
Vernon Hills, IL 60061-1861

Gayle Gill
7414 S. Campbell Ave.
Chicago, IL 60629-1413

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Drive
Ste. 300
Chicago, IL 60606-1390

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Wilmington Trust, National Association

(u)Wilmington Trust, National Association, no

End of Label Matrix
Mailable recipients    43
Bypassed recipients     2
Total                  45

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: Gayle Gill ) | |
| ) | Case No:  18 B 13495 |
| ) | Judge:    Goldgar |
| ) | Chapter   13 |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Gayle Gill (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1.	On May 8, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.	This Honorable Court confirmed the Debtor's Chapter 13 plan on June 26, 2018.  The confirmed plan called for payments of $505.00 per month for 36 months paying unsecured creditors 100% on their claims. The plan was modified on February 6, 2019 to decrease the plan payment to $375.00 per month, paying unsecured creditors 100% on their claims.

3.	The Debtor fell behind on plan payments due to funeral expenses for her brother. He passed away in July 2019 without any life insurance to cover the costs of the funeral. As a result, Debtor assisted her family with the funeral service expenses. Additionally, Debtor paid for a home repair for her plumbing that occurred in October 2019. The Debtor paid $600.00 to fix this issue. She has now paid all home expenses and funeral expenses.

4. Debtor requests the current default is deferred to the end of her Chapter 13 plan.

5. If the Debtor's default is deferred, the unsecured creditors will still receive 100% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Deferring her current plan payment default; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001